COURT OF CRIMINAL APPEALS
CLERK OF THE COURT

09,858-14
RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 09 2015
Abel Acosta, Clerk

RE: THE FILING OF ORIGINAL APPLICATION OF WRIT OF MANDAMUS

I MAILED A WRIT OF MANDAMUS ON CAUSE NO. # 0678796 OUT OF THE 230TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS ON DECEMBER 8TH, 2014, I NEED TO NO IF IT HAS BEEN FILED WITH THE COURT YET?

THANK YOU
Donald Wayne Herod
DONALD WAYNE HEROD # 1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

JANUARY 5TH, 2015